NUMBERS
13-04-529-CV
13-05-207-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
ARTURO CAVAZOS, ET AL.,                                            Appellants,

v.

VALLEY BAPTIST MEDICAL CENTER, ET AL.,                      Appellees.
____________________________________________________________________

On appeal from the 103rd District Court
of Cameron County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellants, ARTURO CAVAZOS, ET AL., perfected an appeal from a judgment
entered by the 103rd District Court of Cameron County, Texas, in cause number C-2003-08-4352-D. The parties have filed a joint motion to sever and dismiss the
appeal against appellees, VALLEY BAPTIST MEDICAL CENTER, URSULA VILLARREAL,
AND LINDA MATTHEWS. Appellants state that they no longer wish to prosecute
their appeal against appellees, VALLEY BAPTIST MEDICAL CENTER, URSULA
VILLARREAL, AND LINDA MATTHEWS. Appellants’ appeal against appellees, VALLEY
BAPTIST MEDICAL CENTER, URSULA VILLARREAL, AND LINDA MATTHEWS, is
severed from the original appeal and is docketed under cause number 13-05-207-CV.
         Having considered the joint motion to sever and dismiss the appeal and the
documents on file, this Court is of the opinion that the motion should be granted. The
motion to sever and dismiss appellants’ appeal against appellees, VALLEY BAPTIST
MEDICAL CENTER, URSULA VILLARREAL, AND LINDA MATTHEWS, is hereby
granted. The appeal against appellees, VALLEY BAPTIST MEDICAL CENTER, URSULA
VILLARREAL, AND LINDA MATTHEWS, in cause number 13-05-207-CV is ordered
DISMISSED. 
         The remaining issues in the appeal will remain docketed under cause number 13-04-529-CV.

                                                                        PER CURIAM

Memorandum Opinion delivered and filed this
the 7th day of April, 2005.